## POLITE DUFOUR
### v.
## WILLIAM THORN

1811

JOURNAL ENTRIES

1. Declaration filed; plea; continuance . . . . *Journal, infra,* *p. 357
2. Special bail . . . . . . . . . . . . . . " 360

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . .